10246, 10247.  RICHIE v. LOUISVILLE AND NASHVILLE RAILROAD COMPANY; and *vice versa*.

LUKE, J.  It appears to be conclusively settled that, notwithstanding the return of a second verdict in favor of the same party, the trial judge may still exercise his discretion in granting or refusing a new trial, though that discretion may not then be as ample as on the hearing of the motion for a first new trial (*Morgan* v. *Lamb*, 16 *Ga. App.* 484, and cases there cited, 85 S. E. 792); and under the particular facts of the instant case the second grant of a new trial was not an abuse of the discretion vested in the trial judge.

*Judgment affirmed on both bills of exceptions.  Wade, C. J., and Jenkins, J., concur.*

DECIDED MAY 16, 1919.

Action for damages; from city court of Cartersville—Judge Aubrey.  October 12, 1918.

*A. W. Fite, J. R. Whitaker, R. R. Arnold,* for plaintiff.

*D. W. Blair, Neel, Finley & Neel,* for defendant.